UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASERAH FOR EDUCATIONAL SERVICES, LLC,<br><br>                                                    Plaintiff,<br><br>- vs -<br><br>ALFRED UNIVERSITY,<br><br>                                                    Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.:<br>20-cv-00627 |

IT IS HEREBY STIPULATED by and between the undersigned attorneys of record for all parties to the above-caption action, that this action has been resolved and settled by the parties, and accordingly this action, including without limitation all claims and counterclaims asserted therein, shall be and the same hereby are discontinued and dismissed, with prejudice, on the merits, with each party to bear its own respective fees and costs.

| **GALLET DREYER & BERKEY, LLP** | **NIXON PEABODY LLP** |
|---|---|
| By: s/ Francelina M. Perdomo<br>    David S. Douglas<br>    Francelina M. Perdomo<br>    Kyle G. Kunst<br><br>845 Third Avenue, 8th Floor<br>New York, NY 10022<br>Tel.:212-935-3131<br>dsd@gdblaw.com<br>fmp@gdblaw.com<br>kgk@gdblaw.com<br><br>*Attorneys for Plaintiff* | By: s/ Carolyn G. Nussbaum<br>    Carolyn G. Nussbaum<br><br>1300 Clinton Square<br>Rochester, New York 14604<br>Tel.: (585) 263-1000<br>cnussbaum@nixonpeabody.com<br><br>*Attorneys for Defendant* |

SO ORDERED:

_____
Hon. Lawrence J. Vilardo

4837-0646-6264.1